265 So.2d 897

Re Tommy DAVIDSON

v.

STATE.
Ex parte Tommy Davidson

I Div. 724.

Supreme Court of Alabama.

Aug. 10, 1972.

David L. Barnett, Asst. Dist. Defender, Mobile Dist. Defender Agency, Inc., Mobile, for petitioner.

No brief filed for the State.

HEFLIN, Chief Justice.

Petition of Tommy Davidson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Davidson v. State, 48 Ala.App. 446, 265 So.2d 888.

Writ denied.

COLEMAN, BLOODWORTH, MADDOX and McCALL, JJ., concur.

■

266 So.2d 812

In re Pride DAWSON

v.

STATE of Alabama.
Ex parte Pride Dawson.

8 Div. 507.

Supreme Court of Alabama.

Sept. 14, 1972.

Robert Straub, Decatur, Charles E. Carmichael, Jr., Tuscumbia, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Pride Dawson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dawson v. State, 266 So.2d 806.

Writ denied.

MERRILL, MADDOX, McCALL and· SOMERVILLE, JJ., concur.